[No. 42463-1-II.   Division Two.   September 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD W. FLOREK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00093-1, Toni A. Sheldon, J., entered August 1, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42673-1-II.   Division Two.   September 5, 2012.]

*In the Matter of the Detention of* G.R.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-6-00794-4, David H. Johnson, J. Pro Tem., entered September 13, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Van Deren, JJ.

[No. 29532-0-III.   Division Three.   September 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA DESKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00130-0, Allen Nielson, J., entered October 26, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 29562-1-III.   Division Three.   September 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON RAMIREZ ESPINOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01379-8, Ruth E. Reukauf, J., entered November 12, 2010. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Kulik, JJ.